# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TILSON,<br><br>        Plaintiff,<br><br>   v.<br><br>J. LOPEZ,<br><br>        Defendant. | 1:14-cv-01849-GSA (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF NON-PRISONER IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff is a former prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. On December 15, 2014, Plaintiff filed an application to proceed in forma pauperis. (Doc. 7.) However, the application was not submitted on the appropriate form for a non-prisoner. Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff an in forma pauperis application for a non-prisoner;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either complete and file the application or pay the $400.00 filing fee in full; and

3. Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

   Dated:  **January 5, 2015**             **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE