UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN TILSON,<br><br>                     Plaintiff,<br><br>          v.<br><br>J. LOPEZ,<br><br>                     Defendant. | 1:14-cv-01849 GSA (PC)<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br><br>(Document# 7, 10 , 11) |

    Plaintiff is a former inmate proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

    In the instant action, plaintiff filed three applications to proceed in forma pauperis. Examination of these documents reveals that plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

    Dated:   **February 19, 2015**                           **/s/ Gary S. Austin**
                                                                        UNITED STATES MAGISTRATE JUDGE